No. 72–6569.   ROSE v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 72–6570.   SMITH v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 72–6579.   STEWART v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 72–6582.   LYONS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–6587.   MAYES v. ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 72–6588.   BURTON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 72–6591.   LEBOULANGER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 72–6592.   MITCHELL v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 72–6594.   GAMBLE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 72–6596.   DAPPER v. O'CONNOR ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 72–6597.   CHAPMAN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–6602.   STEELE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 72–6604.   MALLEY v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.